**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| **TERRY MITCHELL,**<br><br>                Plaintiff,<br><br>v.<br><br>**RICHARD WARREN ROBERTS,**<br><br>                Defendant. | **ORDER OF RECUSAL**<br><br>Case No. 2:16-cv-00843<br><br>Magistrate Judge Dustin Pead |

I recuse myself in this case, and ask that the appropriate assignment card equalization be drawn by the clerk's office.

DATED this 10th day of August, 2016,

_____
Dustin B. Pead
U.S. Federal Magistrate Judge