# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Utah

**Terry Mitchell**

    Plaintiff(s),

vs.

**Richard Warren Roberts**

    Defendant(s).

Attorney: Ross C. Anderson

Lewis Hansen LLC
8 East Broadway, #410, The Judge Building
Salt Lake City UT 84111



*205645*

**Case Number:** 2:16-cv-00843-DBP

Legal documents received by Same Day Process Service, Inc. on **08/09/2016** at **1:14 PM** to be served upon **Richard Warren Roberts at 2911 Fessenden St., NW, Washington, DC 20008**

I, **Stuart Macpherson**, swear and affirm that on **August 12, 2016** at **12:00 PM**, I did the following:

**Personally** Served **Richard Warren Roberts** the person listed as the intended recipient of the legal document with this **Summons in a Civil Action; Complaint** at **2911 Fessenden St., NW , Washington, DC 20008**.

**Description of Person Accepting Service:**
Sex: Male Age: 70 Height: Over 6ft Weight: Over 200 lbs Skin Color: Black Hair Color: Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Stuart Macpherson**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:205645

District of Columbia: SS
Subscribed and Sworn to before me
this 12 day of August, 2016

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021

