# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| **TERRY MITCHELL,**<br><br>            Plaintiff,<br><br>    v.<br><br>**RICHARD WARREN ROBERTS,**<br><br>            Defendant. | **ORDER OF RECUSAL**<br><br>Case No. 2:16-cv-00843-PMW<br><br>Magistrate Judge Paul M. Warner |

I find that I must recuse myself from this case.  Accordingly, I ask that the case be reassigned.

**IT IS SO ORDERED.**

DATED this 14th day of October, 2016.

BY THE COURT:

_____
PAUL M. WARNER
United States Magistrate Judge