# United States District Court
# District of Utah

**D. Mark Jones**
Clerk of Court



**Anne W. Morgan**
Chief Deputy Clerk

June 27, 2017

Clerk of Court
Utah Supreme Court
450 South State St.
Salt Lake City, UT 84114-0210

RE:     Mitchell v Roberts
          U.S. District Court Case No. 2:16-cv-00843-JNP
          Utah Supreme Court Case No. 20170447-SC

To the Clerk of Court, Utah Supreme Court:

Per the designations of record submitted by counsel in the above Utah Supreme Court case, included with this letter is the record of the U.S. District Court for the District of Utah relevant to certified questions.

The PDF documents attached in this email are the documents designated by counsel for the above referenced case.

**I certify that the docket sheets and document files attached to this email are true and correct copies of the electronic record entered in the United States District Court for the District of Utah.**

Further requests for documents will be provided upon request.

Sincerely,

Ruth K. Schrick
Deputy Court Clerk